UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.C. and C.F., on behalf of their minor child, C.C., <br><br>  Plaintiffs, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>  Defendant. | No. 22-CV-5010 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 et seq. Consistent with the Court's orders in *J.R. v N.Y.C. Dep't of Educ.*, 22-cv-2297 (RA) and *M.K. v. N.Y.C. Dep't of Educ.*, 22-cv-1891 (RA), the parties are hereby ordered to submit a joint letter, no later than one week from the date of the Court's decision on the motion for attorneys' fees in *C.L. v. N.Y.C. Dep't of Educ.*, 21-cv-7094 (RA), indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including any motion for attorneys' fees.

SO ORDERED.

Dated: June 30, 2022
       New York, New York

_____
Ronnie Abrams
United States District Judge